UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
In Re:                                                    Chapter 11
M. FABRIKANT & SONS, INC. and                             Case No. 06-112737 (SMB)
FABRIKANT-LEER INTERNATIONAL, LTD.

                Debtors

-------------------------------------------------------------
M. FABRIKANT & SONS, INC.,
                                                          Adv. P. No. 07-01585 (SMB)
              Plaintiff,
                                                          Case No.: 1:08-Civ-01982-CM
   - against -                                          (Magistrate Francis)

LONG-S JEWELERS LTD.,

              Defendant.
------------------------------------------------------------X

      Pursuant to Federal Rule of Civil Procedure 7.1 and to enable Judges and Magistrate Judges of the Court to evaluate possible disqualifications or recusal, the undersigned counsel for M. Fabrikant & Sons, Inc. (a private non-governmental party) certifies that the following are corporate parents or public companies that own 10% or more of said parties stock: No such corporation exists.

Dated:   East Meadow, NY
           March 7, 2008

                                          LAW OFFICES OF
                                          MITCHELL J. DEVACK, PLLC


                                            s/ Mitchell J. Devack
                                          MITCHELL J. DEVACK (MD-8611)
                                          Attorneys for Plaintiff
                                          90 Merrick Avenue, Suite 500
                                          East Meadow, NY 11554
                                          Phone: 516-794-2800
                                          Fax: 516-794-2900
                                          E-mail: mjd@devacklaw.com

TROUTMAN SANDERS LLP
Attorneys for Debtors
405 Lexington Avenue
New York, NY 10174
Phone: 212-704-6009

TO:   DUANE MORRIS LLP
      Attorneys for Defendant-Counterclaimant,
      Long's Jewelers Ltd.
      744 Broad Street, Suite 1200
      Newark, NJ 07102
      Attention: Joseph H. Lemkin, Esq.

      HANIFY & KING, P.C.
      Attorneys for Defendant-Counterclaimant,
      Long's Jewelers Ltd.
      One Beacon Street, 21st Floor
      Boston, MA 02108-3107
      Attention: Charles R. Bennett, Jr., Esq.

F:\DATA\SUSAN_V\Fabrikant\Bankruptcy\Long's\Rule 7.1 Statement.DOC