

# MEMO ENDORSED

**DuaneMorris**

FIRM and AFFILIATE OFFICES

NEW YORK
LONDON
SINGAPORE
LOS ANGELES
CHICAGO
HOUSTON
HANOI
PHILADELPHIA
SAN DIEGO
SAN FRANCISCO
BALTIMORE
BOSTON
WASHINGTON, DC
LAS VEGAS
ATLANTA
MIAMI
PITTSBURGH
NEWARK
BOCA RATON
WILMINGTON
PRINCETON
LAKE TAHOE
HO CHI MINH CITY

JOSEPH H. LEMKIN
DIRECT DIAL: 973.424.2040
E-MAIL: jhlemkin@duanemorris.com

www.duanemorris.com

April 29, 2008



**VIA FACSIMILE (212) 805-6326**

The Honorable Colleen McMahon, USDJ
Daniel Patrick Moynihan
United States Courthouse
500 Pearl Street, Room 640
New York, NY 10007

    Re: **M. Fabikant & Sons, Inc. v. Long's Jewelers Ltd.**
          **Case No. 08-cv-01982 (cm)**

Dear Judge McMahon:

    This office along with Hanify & King, P.C. represent Long's Jewelers Ltd., ("Longs") with respect to the above-referenced matter. Presently, Long's motion for withdrawal of the reference to the Bankruptcy Court is scheduled for oral argument on May 9, 2008. We are writing to request a brief adjournment of this hearing. Unexpectedly, I will be out of the Country on May 9th. My adversary, Mitchell Devack, Esq., has consented to this adjournment request. My adversary has advised that he is available on the following dates if it is acceptable to Your Honor: May 23rd, 27th, 28th and 30th.

    Thank you for your Honor's attention to this matter.

                       Respectfully,

                       Joseph H. Lemkin

JHL/da
Cc:   Mitchell Devack, Esq. (via regular mail)
       Charles Bennett, Esq. (via regular mail)

*[Handwritten endorsement]: reschedule 5/30/08 @ 11:30 a.m. — Colleen McMahon 4/30/08*

---

DUANE MORRIS LLP    A DELAWARE LIMITED LIABILITY PARTNERSHIP          WALTER J. GREENHALGH, RESIDENT PARTNER

744 BROAD STREET, SUITE 1200   NEWARK, NJ 07102-3889            PHONE: 973.424.2000   FAX: 973.424.2001
DM3\715008.1