# LAW OFFICES OF MITCHELL J. DEVACK, PLLC
### Attorneys at Law

MITCHELL J. DEVACK (N.Y. & FLA. BARS)

NICHOLAS P. OTIS
THOMAS YANEGA

OF COUNSEL
DIANE MEMMOLI

The Financial Center At Mitchell Field
90 Merrick Ave - Suite 500
East Meadow, N.Y. 11554

(516) 794-2800
Fax (516) 794-2900

E-Mail Address:
MJD@DEVACKLAW.COM

## MEMO ENDORSED

May 22, 2008

**VIA FAX - 212-805-6326**

Hon. Colleen McMahon
United States District Judge
Daniel Patrick Moynihan
United States Courthouse
500 Pearl Street, Room 640
New York, NY 10007

*[Handwritten note: I can set it for July 1 or 2. Colleen McMahon 5/22/08]*

Re:  M. Fabrikant & Sons, Inc. v. Long's Jewelers, Ltd.
      Case No. 08-cv-01982(cm)

Dear Judge McMahon:

This office represents the Plaintiff in the above matter. The Defendant's motion for withdrawal of the reference to the Bankruptcy Court is scheduled for argument on May 30, 2008. We are writing to request an adjournment of this hearing. Mitchell Devack will be out of town on business on May 30th. Our adversary, Joseph H. Lemkin, has consented to this adjournment, and we are hoping that the Court can set this matter down for Friday, June 27th, or another date earlier that week.

We thank the Court for its courtesy.

Respectfully,

THOMAS YANEGA

TY:sv
cc: Joseph H. Lemkin, Esq. (via regular mail)
    Charles R. Bennett, Jr., Esq. (via regular mail)

F:\DATA\SUSAN_V\Fabrikant\Bankruptcy\Long's\ltr to Hon. McMahon 5-22-08.wpd

USDS SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 5/23/08