UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------X

| | |
|---|---|
| M. Fabrikant & Sons, Inc., | 08 Civ. 1982 (CM) (JCF) |
| Plaintiff(s), | |
| | **TRIAL NOTICE** |
| -against- | |
| Long's Jewelers Ltd., | |
| Defendant(s). | |

------------------------------------------------------X

Please take notice that the above captioned matter has been scheduled for a Final Pretrial Conference **before the Honorable Colleen McMahon, United States District Judge, on Friday, July 25, 2008 at 11:45 a.m., in courtroom 21B, at the U. S. District Courthouse, 500 Pearl Street, New York, New York 10007. Trial has been scheduled for Tuesday, September 2, 2008 at 9:30 a.m..** Parties are directed to file a joint pre-trial order and all trial documents required by Judge McMahon's Individual Practices no later than July 30, 2008. Originals must be filed in the Clerk's Office and two courtesy copies are to be provided to the chambers.

Any scheduling difficulties must be brought to the attention of the Court in writing.

Dated: June 26, 2008
New York, New York

So Ordered

_____
Colleen McMahon, U.S.D.J

USDS SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 6/26/08

Copies mailed/faxed/handed to counsel on  6/26/08